UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| M.S., a Minor, by and through His Parents and Natural Guardians, Michelle M.S. and D.S., Husband and Wife,<br><br>Plaintiffs/Counterclaim Defendants<br><br>v.<br><br>CEDAR BRIDGE MILITATY ACADEMY and FIRST SERGEANT STEVEN T. BARYLA, jointly and severally, and in the alternative,<br><br>Defendants/Counterclaim Plaintiffs | CIVIL ACTION – LAW<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br><br><br>NO. 1:08-CV-2271 |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Counterclaim Defendants, M.S., A Minor, By And Through His Parents And Natural Guardians, MICHELLE M.S. AND D.S., Husband And Wife, in the above-captioned matter. The Counterclaim Defendants hereby demands a trial by jury.

Respectfully submitted,

CARDONI & ASSOCIATES, LLC

BY: _____
JAMES V. PYRAH, ESQUIRE
Attorney ID# 66369
340 Market Street, Kingston, PA 18704
(570) 283-5800

Attorney for Counterclaim Defendants,
M.S., a Minor, by and through His Parents and
Natural Guardians, Michelle M.S. and D.S.,
Husband and Wife

FILE NO.: 1340.0001
186861_1.DOC