GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS
By: Robert A. Lerman, Esquire #07490
110 S. Northern Way
York, PA 17403-3737
Attorney for Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, MICHELLE M.S. and D.S., | : : : | |
| Plaintiffs, | : | |
| vs. | : : | No.: 1:08-CV-2271 |
| CEDAR BRIDGE MILITARY ACADEMY, FIRST SERGEANT STEVEN T. BARYLA, YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA, | : : : : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**RULE 26(a) DISCLOSURE STATEMENT OF DEFENDANT,
YORK-ADAMS AREA COUNCIL, INC. (ERRONEOUSLY IDENTIFIED
AS YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA)**

In accordance with Federal Rule of Civil Procedure Rule 26(a)(1), based upon information reasonably available to date, Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America), now makes the following disclosures:

**A.    WITNESSES**

    **1.    Lay:**

        Todd A. Weidner, Program Director, York-Adams Area Council
        2139 White Street
        York, PA  17404-4940
        Camp Tuckahoe/Camp Director

    **2.    Experts:**

        Undetermined at this time.

In accordance with Federal Rule of Civil Procedure Rule 26(a)(2), York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America) will supplement its disclosures with respect to experts at a later date as this litigation progresses.

**B.     DOCUMENTS**

1. 2007 Letter of Agreement Establishing Camp Use and Hold-Harmless Agreement
2. Cedar Bridge Military Academy Leadership Development Course Roster provided to York-Adams Area Council applicable to the 2007 rental of a portion of Camp Tuckahoe
3. Cedar Bridge Military Academy Batallion Headquarters Personnel Roster provided to York-Adams Area Council applicable to the 2007 rental of a portion of Camp Tuckahoe
4. Cedar Bridge Military Academy (Participant) Roster provided to York-Adams Area Council applicable to the 2007 rental of a portion of Camp Tuckahoe
5. AAIC Member Certificate/Commercial General Liability provided to York-Adams Area Council applicable to the 2007 rental of a portion of Camp Tuckahoe
6. Email from Tim Hart to Todd Weidner dated August 14, 2006, subject "summer 2007"
7. Deeds of Title for Camp Tuckahoe

Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America), reserves the right to supplement this document to this disclosure list.

**C.     COMPUTATION OF DAMAGES**

Not applicable.

**D.     INSURANCE**

York-Adams Area Council, Inc. was insured by Liberty Mutual Insurance Company, policy number TB1-191-409751-127, effective March 1, 2007 to March 1, 2008, with applicable liability coverage of $1 million dollars per person and $1 million dollars deductible which deductible includes defense and indemnity costs.

                                              GRIFFITH, STRICKLER, LERMAN, SOLYMOS &
                                                                  CALKINS

BY: _____/s/_____
ROBERT A. LERMAN, ESQUIRE #07490
Attorney for Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America)
110 South Northern Way
York, PA  17402-3737     (717) 757-7602

Dated: April 14, 2010

3

GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS
By: Robert A. Lerman, Esquire #07490
110 S. Northern Way
York, PA 17403-3737
Attorney for Defendant, Boy Scouts of America

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, MICHELLE M.S. and D.S., : : | |
| Plaintiffs, : | |
| vs. : | No.: 1:08-CV-2271 |
| : | |
| CEDAR BRIDGE MILITARY ACADEMY, FIRST SERGEANT STEVEN T. BARYLA, YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA, : : : | JURY TRIAL |
| Defendants. : | DEMANDED |

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of April, 2010, I, Robert A. Lerman, a member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS, hereby certify that I have this date served a copy of the **Rule 26(a) Disclosure Statement of Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America),** as indicated below, addressed to the party or attorney of record as follows:

Leslie Anne Mitnick, Esq./Edward Shensky, Esq.
Stark & Stark
P.O. Box 1500
Newton, PA 18940-0894
Counsel for Plaintiffs

James V. Pyrah, Esquire
Pyrah Stevens LLC
575 Pierce Street, Suite 303
Kingston, PA 18704-5498
Counsel for Plaintiffs/Counterclaim
 Defendants

David T. Schlendorf, Esquire
1108 Hopper Avenue, Unit 2
Toms River, NJ 08753
Counsel for Defendants, Cedar Bridge
 Military Academy and First Sergeant
 Steven T. Baryla

                    GRIFFITH, STRICKLER, LERMAN, SOLYMOS &
                      CALKINS


              BY:    _____/s/_____
                    ROBERT A. LERMAN, ESQUIRE #07490
                    Attorney for Defendants, York-Adams Area Council,
                     Inc. (erroneously identified as York-Adams Council
                     Boy Scouts of America) & Boy Scouts of America
                    110 South Northern Way
klr/boyscoutms-disclosures-york    York, PA 17402-3737    (717) 757-7602