GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS
By: Robert A. Lerman, Esquire #07490
110 S. Northern Way
York, PA 17403-3737
Attorney for Defendant, Boy Scouts of America

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, MICHELLE M.S. and D.S., Plaintiffs, vs. CEDAR BRIDGE MILITARY ACADEMY, FIRST SERGEANT STEVEN T. BARYLA, YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA, Defendants. | No.: 1:08-CV-2271<br><br>JURY TRIAL DEMANDED |

### REPLY OF DEFENDANT, BOY SCOUTS OF AMERICA, TO AFFIRMATIVE DEFENSES OF DEFENDANTS, CEDAR BRIDGE MILITARY ACADEMY AND FIRST SERGEANT STEVEN T. BARYLA

AND NOW come Defendant, Boy Scouts of America, by its counsel Robert A. Lerman and Griffith, Strickler, Lerman, Solymos & Calkins and files the following Reply to Affirmative Defenses of Defendants, Cedar Bridge Military Academy and First Sergeant Steven T. Baryla as follows:

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

1.  Denied. The allegations set forth constitute a conclusion of law to which no response is required.

#### SECOND AFFIRMATIVE DEFENSE

2.  Denied as stated. On the contrary, Answering Defendant incorporates herein by reference, its Answer, New Matter and Cross-Claims filed on March 31, 2010, in response to

Plaintiffs Amended Civil Action.

### THIRD AFFIRMATIVE DEFENSE

3. Denied as stated and strict proof thereof is demanded.

### FOURTH AFFIRMATIVE DEFENSE

4. Denied as stated. At all times relevant, Answering Defendant had no duty to act inasmuch as Answering Defendant did not own, possess, operate or control the camp or the premises upon which the camp was located.

### FIFTH AFFIRMATIVE DEFENSE

Denied as stated and strict proof thereof is demanded.

```
                                GRIFFITH, STRICKLER, LERMAN, SOLYMOS &
                                CALKINS


                        BY:     /s/ Robert A. Lerman
                                Robert A. Lerman, Esquire #07490
                                Attorney for Defendants, Boy Scouts of America
                                110 South Northern Way
Dated: April 30, 2010           York, PA 17402-3737       (717) 757-7602
```

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, MICHELLE M.S. and D.S., <br> Plaintiffs, <br> vs. <br><br> CEDAR BRIDGE MILITARY ACADEMY, FIRST SERGEANT STEVEN T. BARYLA, YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA, <br> Defendants. | No.: 1:08-CV-2271 <br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

AND NOW, this 30th day of April, 2010, I, Robert A. Lerman, a member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS, hereby certify that I have this date served a copy of the **Reply of Defendant, Boy Scouts of America, to Affirmative Defenses of Defendants, Cedar Bridge Military Academy and First Sergeant Steve T. Baryla** by United States Mail, addressed to the party or attorney of record as follows:

Edward Shensky, Esquire
Stark & Stark
P.O. Box 1500
Newton, PA  18940-0894
Counsel for Plaintiffs

David T. Schlendorf, Esquire
1108 Hopper Avenue, Unit 2
Toms River, NJ 08753
Counsel for Defendants, Cedar Bridge
 Military Academy and First Sergeant
 Steven T. Baryla

James V. Pyrah, Esquire
Pyrah Stevens LLC
575 Pierce Street, Suite 303
Kingston, PA  18704-5498
Counsel for Plaintiffs/Counterclaim
 Defendants

GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS

BY: /s/ Robert A. Lerman
Robert A. Lerman, Esquire #07490
Attorney for Defendant, Boy Scouts of America
110 South Northern Way
York, PA 17402-3737     (717) 757-7602

jml/boyscoutms-reply-bsa-cedar