IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M.S., a Minor, by and through his parents and Natural Guardians, MICHELLE M.S. and D.S.,** | : CIVIL ACTION NO. 1:08-CV-2271 <br> : <br> : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **CEDAR BRIDGE MILITARY ACADEMY**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 3rd day of May, 2010, upon consideration of the motion (Doc. 34) to withdraw counterclaim, filed by defendants Steven Baryla and Cedar Bridge Military Academy (collectively, "defendants"), wherein defendants request to withdraw the counterclaims asserted in the answer (Doc. 6) to the complaint (Doc. 1), it is hereby ORDERED that the motion (Doc. 34) is GRANTED. The counterclaims appearing in defendants' answer (Doc. 6) are DISMISSED.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge