GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS
By: Robert A. Lerman, Esquire #07490
110 S. Northern Way
York, PA 17403-3737
Attorney for Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M.S., a Minor, by and through his Parents and Natural : 
Guardians, MICHELLE M.S. and D.S., :
        Plaintiffs, :
vs. :   No.: 1:08-CV-2271
 :
CEDAR BRIDGE MILITARY ACADEMY, FIRST :
SERGEANT STEVEN T. BARYLA, YORK-ADAMS :
COUNCIL BOY SCOUTS OF AMERICA and BOY :
SCOUTS OF AMERICA, :
        Defendants. :   JURY TRIAL DEMANDED

## SUPPLEMENTAL RULE 26(a) DISCLOSURE STATEMENT OF DEFENDANT, YORK-ADAMS AREA COUNCIL, INC. (ERRONEOUSLY IDENTIFIED AS YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA)

In accordance with Federal Rule of Civil Procedure Rule 26(a)(1), based upon information reasonably available to date, Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America), now makes the following supplemental disclosures:

A.     **WITNESSES**

    1.     **Lay:**

        Scott Holbrook
        400 Tuckahoe Road
        Dillsburg, PA 17019
        Camp Tuckahoe Ranger

        Jennifer Bush Holbrook
        400 Tuckahoe Road
        Dillsburg, PA 17019
        Cedar Bridge Military Academy Health Officer – 2007

Chris Bollinger
RR 2, Box 271
Seven Valleys, PA  17360
Camp Tuckahoe employee (various positions held including nature director in 2007 and dining hall steward in 2008)

Justin Peache
811 Issaqueena Trail, Apt. 204
Central, SC  29630
Camp Tuckahoe Dining Hall Steward – 2006

Bill Scantling
Camp Tuckahoe
400 Tuckahoe Road
Dillsburg, PA  17019
Camp Tuckahoe Assistant Camp Ranger

        GRIFFITH, STRICKLER, LERMAN, SOLYMOS &
              CALKINS


    BY:     /s/
        ROBERT A. LERMAN, ESQUIRE #07490
        Attorney for Defendant, York-Adams Area
          Council, Inc. (erroneously identified as
          York-Adams Council Boy Scouts of
          America)
        110 South Northern Way
        York, PA  17402-3737  (717) 757-7602

Dated: July 12, 2010

GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS
By: Robert A. Lerman, Esquire #07490
110 S. Northern Way
York, PA 17403-3737
Attorney for Defendant, Boy Scouts of America

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, MICHELLE M.S. and D.S., Plaintiffs, vs. CEDAR BRIDGE MILITARY ACADEMY, FIRST SERGEANT STEVEN T. BARYLA, YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA, Defendants. | No.: 1:08-CV-2271 JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

AND NOW, this 12th day of July, 2010, I, Robert A. Lerman, a member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS, hereby certify that I have this date served a copy of the **Supplemental Rule 26(a) Disclosure Statement of Defendant, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America),** as indicated below, addressed to the party or attorney of record as follows:

Leslie Anne Mitnick, Esq./Edward Shensky, Esq.
Stark & Stark
P.O. Box 1500
Newton, PA 18940-0894
Counsel for Plaintiffs

David T. Schlendorf, Esquire
1108 Hopper Avenue, Unit 2
Toms River, NJ 08753
Counsel for Defendants, Cedar Bridge Military Academy and First Sergeant Steven T. Baryla

GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS

BY: /s/
ROBERT A. LERMAN, ESQUIRE #07490
Attorney for Defendants, York-Adams Area Council, Inc. (erroneously identified as York-Adams Council Boy Scouts of America) & Boy Scouts of America
110 South Northern Way
York, PA 17402-3737     (717) 757-7602

klr/boyscoutms-disclosures-york-supp