UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. S., a Minor, by and through his Parents and Natural Guardians, Michelle M.S. and D.S. | : CIVIL ACTION |
| vs. | : CASE NO. 1:08-CV-2271 |
| CEDAR BRIDGE MILITARY ACADEMY | |
| and | : JUDGE CHRISTOPHER CONNER |
| FIRST SERGEANT STEVEN T. BARYLA CEDAR BRIDGE MILITARY ACADEMY | |
| and | |
| YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA | |
| and | |
| BOY SCOUTS OF AMERICA | |

## STIPULATION

It is hereby stipulated and agreed by and between Edward S. Shensky, Esquire, counsel for plaintiffs; David T. Schlendorf, Esquire, counsel for defendants Cedar Bridge Military Academy and First Sergeant Steven T. Baryla; and Robert A. Lerman, Esquire,

counsel for defendants York-Adams Council Boy Scouts of America and Boy Scouts of America that Boy Scouts of America are dismissed without prejudice from this case.

**STARK & STARK**
A Professional Corporation

By: _____
EDWARD S. SHENSKY
Attorney ID No. 27891
P.O Box 1500
Newtown, PA 18940
(267) 907-9600
eshensky@stark-stark.com
Attorney for Plaintiffs

Date: 7-3-10

**GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS**

By: _____
ROBERT A. LERMAN
Attorney ID No. 07490
110 S. Northern Way
York, PA 17402-3737
(717) 757-7602
rlerman@gslsc.com
Attorney for Defendant Boy Scouts of America

Date: 7/29/10

By: _____
DAVID T. SCHLENDORF
1108 Hooper Avenue - Unit 2
Toms River, NJ 08753
(732) 557-5510
dts@dtslawfirm.com
Attorneys for Defendants Cedar Bridge Military Academy and First Sergeant Steven T. Baryla

Date: 7-15-10