IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S., a Minor, by and through his Parents and Natural Guardians, *et al.*, : **Plaintiffs** : v. : : **CEDAR BRIDGE MILITARY ACADEMY,** *et al.*, : **Defendants** : | CIVIL ACTION NO. 1:08-CV-2271 (Judge Conner) |

# **ORDER**

AND NOW, this 29th day of November, 2010, upon consideration of defendant York-Adams Area Council, Inc.'s concurred in motion (Doc. 52) to modify the case management order, it is hereby ORDERED that said motion is GRANTED. Accordingly, the following revised pretrial/trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial | December 5, 2011 at 9:30 a.m. |
| Fact Discovery | June 30, 2011 |
| Dispositive Motions & Supporting Briefs | July 18, 2011 |
| Motions in Limine & Supporting Briefs | October 18, 2011 |
| Final Pretrial Conference | November 17, 2011 at 1:30 p.m. |
| Pretrial Memoranda | November 10, 2011 by 12:00 p.m. |
| Plaintiffs' Expert Report(s) | July 18, 2011 |
| Defendants' Expert Report(s) | August 18, 2011 |
| Supplemental/Rebuttal Expert Report(s) | September 19, 2011 |
| Proposed Voir Dire Questions | November 17, 2011 |
| Proposed Jury Instructions | November 17, 2011 |

All other instructions and guidelines set forth in the original case management order (Doc. 28), dated September 29, 2009, shall remain in full force and effect except as modified herein.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge