IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M.S., a Minor, by and through his parents and Natural Guardians, MICHELLE M.S. and D.S.,** : | CIVIL ACTION NO. 1:08-CV-2271 |
| : | (Judge Conner) |
| **Plaintiffs** : | |
| v. : | |
| **CEDAR BRIDGE MILITARY ACADEMY**, **FIRST SERGEANT STEVEN T. BARYLA** and **YORK-ADAMS COUNCIL BOY SCOUTS OF AMERICA**, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 31st day of August, 2011, upon consideration of the correspondence from counsel for Defendant, York-Adams Council Boy Scouts of America, transmitted to this court on August 30, 2011, requesting a Court Order directed to State of Connecticut, Juvenile Probation, Juvenile Matters at New Britain and noting that counsel for the Plaintiffs concur in the release of the records, it is hereby ORDERED that State of Connecticut, Juvenile Probation, Juvenile Matters at New Britain shall produce and transmit copies of all records in its possession responsive to the Subpoena of Defendant, York-Adams Council Boy Scouts of America, including but not limited to, any records containing mental health screenings or mental health assessments, to counsel for Defendant, York-Adams Council Boy Scouts of America, immediately upon receipt of service of this Court's Order and counsel for Defendant, York-Adams Council Boy Scouts of

America, shall thereafter immediately provide a complete copy of the records produced to counsel for the Plaintiffs.

                                                        S/ Christopher C. Conner
                                                      CHRISTOPHER C. CONNER
                                                      United States District Judge